## UNDERWOOD *vs.* WYLIE.

HELD---That "This day personally appeared John Underwood, before me the undersigned, one of the justices of the peace of Blue Mountain township in Izard county, and made oath that the appeal is not taken for the purpose of delay, but that justice may be done him," subscribed by Underwood, and certified as sworn to by the justice; is a sufficient affidavit on appeal from a justice of the peace.